

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

The following constitutes the order of the court.
Signed June 21, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In Re:

VINCENT MCGHEE & JACQUELYN WILLIS-MCGHEE,

        Debtors

) Case No.: 13-40138
) Chapter 7
)
) **ORDER ON MOTION TO AVOID**
) **JUDICIAL LIEN (11 U.S.C. §522(f)(1)(A))**
)
)
)
)
)

THIS CASE came on for consideration of the Debtor's Motion to Avoid Lien of CITIBANK, N.A. (the "Motion"). No objections were filed during the time period for responses.

The Court has reviewed the Motion together with the record, and hereby orders as follows:

1. Pursuant to 11 U.S.C. § 522(f), the judicial lien of creditor CITIBANK, N.A. is avoided because it impairs an exemption to which the Debtor is entitled.

2. The judicial lien of CITIBANK, N.A., recorded in the Alameda County Records on October 23, 2012 as Instrument #2012348409, shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtor's discharge in this case.

1

Accordingly, it is

**ORDERED** that the Motion is **GRANTED**.

***END OF ORDER***

## COURT SERVICE LIST

CITIBANK, N.A.
Attention: Officer
701 East 60th Street North
Sioux Falls, SD 57104

CITIBANK, N.A.
c/o CIR Law Offices, LLP
8665 Gibbs Drive Suite 150
San Diego, CA 92123